NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MIKE BURGESS d/b/a Integraday )
Investment, Inc., )
 )
      Appellant, )
 )
v. )      Case No. 2D17-1995
 )
CALIBER HOME LOANS, INC.; BEL- )
FOREST MANOR CONDOMINIUM )
ASSOCIATION INC.; CLERK OF THE )
CIRCUIT COURT IN AND FOR PINELLAS )
COUNTY, a political subdivision of the )
State of Florida; PATRICIA J. MALLORY; )
UNKNOWN SPOUSE OF PATRICIA J. )
MALLORY; RE RICHARDS; ROBERT L. )
RICHARDS; STATE OF FLORIDA )
DEPARTMENT OF REVENUE; TARGET )
NATIONAL BANK/TARGET VISA, a )
corporation; UNITED STATES OF )
AMERICA DEPARTMENT OF THE )
TREASURY – INTERNAL REVENUE )
SERVICE; UNKNOWN TENANT IN )
POSSESSION 1 n/k/a Kim Mercado; )
UNKNOWN SPOUSE OF THOMAS W. )
RICHARDS; and UNKNOWN HEIRS, )
BENEFICIARIES, DEVISEES, )
ASSIGNEES, LIENORS, CREDITORS, )
TRUSTEES, AND ALL OTHERS )
CLAIMING AN INTEREST BY, THROUGH, )
UNDER, OR AGAINST THE ESTATE OF )
THOMAS W. RICHARDS, )
 )
      Appellees. )
_____)

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Pinellas County; Thomas H. Minkoff, Judge.

Mark P. Stopa of Stopa Law Firm, LLC, Tampa (withdrew after briefing); and Latasha Scott of Lord Scott, PLLC, Tampa (withdrew after briefing), for Appellant.

Sonia Henriques McDowell of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for Appellee Caliber Home Loans, Inc.

No appearance for remaining Appellees.


PER CURIAM.


       Affirmed.


KHOUZAM, BLACK, and SALARIO, JJ., Concur.